(Reap. Dec. 10472)

ANDREW FISHER CYCLE CO., INC. *v.* UNITED STATES

Entry No. 842987.

(Decided April 1, 1963)

*Brooks & Brooks* for the plaintiff.
*John W. Douglas*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement for decision upon stipulation, on the basis of which I find that export value, as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the values of tires and tubes, imported from Holland, here involved.

On the basis of said stipulation, I find the export values of the following merchandise identified on the invoice to be as follows:

| TIRES | | PER 100 TIRES |
|---|---|---|
| 1,000 | 20 x 1.75 black | $47.63 |
| 10,000 | 26 x 1.75 " | $59.98 |
| 2,000 | 24 x 1.75 " | $55.57 |
| TUBES | | PER 100 |
| 10,000 | 26 x 1.75 | $29.55 |
| 2,000 | 24 x 1.75 | $28.67 |
| 1,000 | 20 x 1.75 | $26.02 |

As to the remainder of the merchandise specified on the invoice, I find the export value to be the invoice unit prices, net, packed.

Judgment will issue accordingly.